Melissa Newel
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA 94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
JADA LIMA

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
TINA NAICKER
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
(415) 268-5611
tina.naicker@ssa.gov

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JADA LIMA,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:18-CV-0816 (JDP)<br><br>**STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned counsel, and with the approval of the Court, that the Commissioner of Social Security has agreed

STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42
U.S.C. 405(g) AND TO ENTRY OF JUDGMENT; ORDER

to voluntarily remand of this case pursuant to sentence four of 42 U.S.C. §405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will conduct any necessary further proceedings and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: March 27, 2019

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: *Tina Naicker**
TINA NAICKER
Special Assistant United States Attorney
(*authorized by email dated 03/27/2019)
Attorneys for Defendant

Dated: March 27, 2019

NEWEL LAW

By: *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
JADA LIMA

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 412 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for good cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

IT IS SO ORDERED.

Dated: March 28, 2019

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. 405(g) AND TO ENTRY OF JUDGMENT; ORDER